**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1916

SANDRA LYNN VON LOETZEN BENNIE,

Plaintiff - Appellant,

v.

GENERAL MOTORS, ESIS/GMM Central Claims,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Deborah K. Chasanow, District Judge. (8:06-cv-01182-DKC)

Submitted:  September 24, 2008       Decided:  October 10, 2008

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sandra Lynn von Loetzen Bennie, Appellant Pro Se.   Edward J. Longosz, II, Laura Stover, ECKERT, SEAMANS, CHERIN & MELLOTT, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sandra Lynn von Loetzen Bennie appeals the district court's order granting Defendant's motion for summary judgment and dismissing this products liability action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>von Loetzen Bennie v. General Motors Corp.</u>, No. 8:06-cv-01182-DKC (D. Md. Aug. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2